SIDNEY WEICHSELBAUM, an Infant, by ISIDOR WEICHSELBAUM, His Guardian ad Litem, Respondent, v. FREDERICK LOESER & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ISIDOR WEICHSELBAUM, Respondent, v. FREDERICK LOESER & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

G. OWEN TUCKER, INC., Respondent, v. JOSEPH L. MEYERS and Another, Personally, and as Executors and Trustees, etc., of ROBERT W. TAILER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

MANFRED W. EHRICH, Trustee in Bankruptcy of ELMORE D. DIER and Others, Individually and as Copartners, Doing Business under the Name and Style of E. D. DIER & Co., Bankrupts, Appellant, v. FRED ANDREWS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

PORT EWEN COMMERCE AND REALTY CORPORATION, Respondent, v. SECURITIES ACCEPTANCE CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

JACOB M. HUSNEY, Respondent, v. LOUIS L. SCHWARTZ & Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

LEO KOSSOFF, Respondent, v. HARRY ALT, Doing Business under the Trade Name and Style of ALT WOOLEN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

LOUIS JACOBSON and Others v. ATLAS ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Impleaded, etc.— Motion to dismiss appeal denied on condition that the appellant procure said appeal to be argued or submitted on the 6th day of April, 1923. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER A. MACARTHUR v. THE WARDEN OF THE PENITENTIARY.— Motion for stay granted on condition that relator shall remain in confinement in the city prison pending the argument and determination of appeal. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

UNITED TEXTILE, LTD., Respondent, v. BACHRACK SONS Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

FIREMAN'S FUND INSURANCE COMPANY OF CALIFORNIA, Appellant, v. ELSIE S. VINTON, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

SELKA UNGER, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, a Joint Stock Association, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Smith, J., dissenting.